IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-159-GCM

| | |
|---|---|
| 7M SECURITIES, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| DIGI INTERNATIONAL, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Michael Cockson,** filed March 30, 2018 [doc. # 3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Cockson is admitted to appear before this court *pro hac vice* on behalf of Defendant, Digi International, Inc..

**IT IS SO ORDERED.**

Signed: April 9, 2018

Graham C. Mullen
United States District Judge