IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-159-GCM

| | |
|---|---|
| 7M SECURITIES, LLC, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DIGI INTERNATIONAL, INC., | ) |
|     Defendant. | ) |

## **ORDER**

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to the pending Motion for Summary Judgment in this matter, IT IS HEREBY ORDERED that the trial in this matter is RE-SET for **August 12, 2019.**

IT IS SO ORDERED.

Signed: January 24, 2019

Graham C. Mullen
United States District Judge